Case No. 22-4020

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

# ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

YANJUN XU, aka Xu Yanjen, aka Qu Hui, aka Zhang Hui

    Defendant - Appellant

 

Upon consideration of the appellant's motion to file a sealed brief, it is **ORDERED** that the motion is hereby **GRANTED**.

                                  **ENTERED BY ORDER OF THE COURT**
                                  Kelly L. Stephens, Clerk

Issued: January 05, 2024