**636 - 6th Floor East Courtroom, 9:00 A.M.**                                   Thursday, February 1, 2024

**Batchelder, Stranch, Davis**

**22-4020    USA v. Yanjun Xu**

United States of America                                                         gvt    Kevin Koller

    **Plaintiff - Appellee**

V.

Yanjun Xu                                                                         ret    Justine Harris
                                                                                         *3 Minutes Rebuttal*

    **Defendant - Appellant**

*Annette Mills, Courtroom Deputy*

Defendant appeals the district court's judgment following his convictions by a jury for conspiracy to commit economic espionage, conspiracy to commit trade secret theft, attempted economic espionage by theft or fraud, and attempted theft of trade secrets by taking or deception.   (15 Minutes Per Side)